■ In the Matter of JOYCE CARMEL, Appellant, v ZONING BOARD OF APPEALS OF THE VILLAGE OF KINGS POINT et al., Respondents. — In a proceeding pursuant to CPLR article 78 to review a determination of the Zoning Board of Appeals of the Village of Kings Point denying petitioner's application for an area variance, upon a rehearing, the appeal is from a judgment

of the Supreme Court, Nassau County (Becker, J.), entered January 31, 1984, which dismissed the petition.

Judgment affirmed, with costs.

Respondents' determination that petitioner did not pursue a landfill permit in good faith is supported by substantial evidence. Accordingly, petitioner did not establish practical difficulties sufficient to warrant the grant of an area variance (see *Matter of National Merritt v Weist,* 41 NY2d 438). Gibbons, J. P., O'Connor, Weinstein and Lawrence, JJ., concur.